U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
5:05 P.M
Nov 10 2008
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. CR408-23 |
| ) | |
| DA ZHONG OUYANG ) | |

## O R D E R

Before the Court is defendant's motion for cancellation of real estate bond and issuance of satisfaction of mortgage (Doc. 57). For good cause shown, said request is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond of defendant Da Zhong Ouyang and exonerate the obliger and surety thereon.

The Clerk of the United States District Court for the Southern District of Georgia is hereby directed to mark the Deed to Secure Debt in this case cancelled and satisfied of record and then return the Deed to, Ai Feng Ouyang, 103 Birch Way, Americus, Georgia 31707.

**SO ORDERED**, this 10th day of November, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA