# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. CR408-023 |
| DA ZHONG OUYANG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## FINAL ORDER OF FORFEITURE AND DISTRIBUTION

WHEREAS, on July 30, 2008, this Court entered a Preliminary Order of Forfeiture, ordering Defendant Ouyang to forfeit $300,000 in U.S. Currency in lieu of forfeiting two tracts of real property;

WHEREAS, in accordance with 21 U.S.C. § 853, notice of the forfeiture of the above-described property and the requirements for filing a claim for the property were published on the government website, www.forfeiture.gov, for thirty (30) consecutive days starting on August 20, 2008 and ending on September 18, 2008;

WHEREAS, a Declaration of Publication was filed on October 3, 2008, evidencing said publication dates;

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that Defendant had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853.

NOW THEREFORE, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that $300,000 in U.S. Currency is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of by law; and

**IT IS FURTHER ORDERED** that upon entry of this Order, the United States of America shall cancel and release the Notice of <u>Lis Pendens</u> and Lien of Forfeiture recorded on January 25, 2008 in Book LP2 Page 257, on the records of the Clerk of Superior Court for Liberty County, Georgia, against the following two tracts of real property:

> **Parcel One:** **Real property known as 708 East Oglethorpe Highway, Hinesville, Georgia, and more particularly described as:**
>
> All that certain lot, tract or parcel of land situate, lying and being in the 17th G.M. District of Liberty County, Georgia, and being in the City of Hinesville, containing 0.9454 acre, more or less, as shown and represented on that certain plat of survey made and prepared by Earl F. Floyd, Georgia Registered Land Surveyor No. 1349, dated May 22, 1984, and being recorded in Plat Book D-40 page 2, in the office of the Clerk of Superior Court at Liberty County, Georgia, said plat by specific reference is made a part hereof for descriptive and all other purposes. Said tract of land commencing at a point where the Northerly right-of-way of

2

U.S. Highway No. 82 and the Easterly right-of-way of Sherwood Drive intersect and running from said point of commencing N 64 degrees 14' E a distance of 92 feet to the POINT OF BEGINNING on the Northerly right-of-way of U.S. Highway 87; thence running N 22 degrees 18' 57" W a distance of 290.24 feet to a point; thence running N 64 degrees 14' E a distance of 133.42 feet to a point; thence running S 25degrees 46' E a distance of 289.71 feet to a point on the Northerly right-of-way of U.S. Highway No. 82; thence running S 64 degrees 14' along the right of way of U.S. Highway 82 a distance of 150.09 feet to the POINT OF BEGINNING. Said tract of land being bounded, now and formerly as follows: Northerly by lands of Danny Norman; Easterly by lands of Danny Norman; Southerly by the Northerly right-of-way of Highway No. 82; and westerly by lands of L. Ussery, L.M. Morton and KR Goff, all as shown and represented on the above referred to plat of survey.

**Parcel Two:** **Real property known as 800 Hod Lane, Hinesville, Georgia 31313, and more particularly described as:**

All that certain lot, tract or parcel of land situate, lying and being in the 147th G.M. District of Liberty County and being in the City of Hinesville, designated as Lot No. 8, Courtland Subdivision, Phase 1, Section 2, Block F, as shown in a plat of prepared by A.G. Wells, Jr., Georgia Registered Land Surveyor No. 1656, dated July 25, 1994, and recorded in Plat Section J-21, Page 3, in the Clerk of Superior Court's Office, Liberty County, Georgia, said plat being incorporated herein by reference thereto for descriptive and all other purposes.

Said property is bounded according to said plat as follows; North by lands of Orion D. Hack; East by the right of way of Hod Lane, of said subdivision; South by right of way of

East Oxford Lane; and West by Lot Seven (7), of said subdivision, all as shown on the above referenced plat.

Subject, however, to those certain Restrictive Covenants for this section of Courtland Subdivision dated April 22, 1993, and recorded in Deed Book 629, Pages 576-584, in the Clerk of Superior Court's Office, Liberty County, Georgia and to such easements as shown on said plat and in said covenants.

**IT IS FURTHER ORDERED** that all expenses of the Department of Justice and the United States Immigration and Customs Enforcement related to the seizure and forfeiture of the subject property, namely $300,000 in U.S. Currency, shall be paid from said U.S. Currency. All remaining funds and proceeds shall be disposed by the United States Immigration and Customs Enforcement into the Department of Treasury Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c).

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for a period of **thirty (30) days** for the purpose of enforcing this Order.

SO ORDERED this 16th day of January, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA